# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.    NO. 4:10CR00188-009   SWW | |
| REGINA LYNCH | DEFENDANT |

## ORDER

This matter is before the Court on defendant's motion for early termination of supervised release.  The government has no objection to early termination of defendant's supervised release.  The U.S. Probation Office has advised the Court that the defendant has demonstrated overall progress in meeting supervision objectives and recommends early termination of supervision.

The Court finds that defendant's motion [doc #478] should be, and hereby is, ***granted***.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 1st day of September, 2016.

/s/Susan Webber Wright

United States District Judge